**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: February 19, 2020

                                    **TONY M. DAVIS**
                           **UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10042-tmd |
| | § | |
| SILICON HILLS CAMPUS, LLC, | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |
| | § | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WC HIRSHFELD MOORE, LLC, | Case No. 20-10247 (JTD) |
| Debtor. | Jointly Administered |

**ORDER GRANTING JOINT MOTION FOR ENTRY OF AN ORDER TRANSFERRING VENUE OF CASES OF DEBTOR'S AFFILIATES FROM THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE TO THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS**

This matter came before the Court upon consideration of the *Joint Motion for Entry of an Order Transferring Venue of Cases of Debtor's Affiliates from the United States Bankruptcy Court for the District of Delaware to the United States Bankruptcy Court for the Western*

A true copy of the original, I certify
BARRY D. KNIGHT
CLERK, U.S. BANKRUPTCY COURT

BY: [signature]
                DEPUTY CLERK
2-19-2020

*District of Texas* filed jointly by Tuebor REIT Sub, LLC ("**Secured Lender**"), Ladder Capital Finance LLC ("**Ladder**"), and the following entities that have pending chapter 11 cases in the United States Bankruptcy Court for the District of Delaware—WC Hirshfeld Moore, LLC, WC 103 East Fifth, LLC, WC 320 Congress, LLC, WC 422 Congress, LLC, WC 805-809 East Sixth, LLC, WC 901 East Cesar Chavez, LLC, WC 1212 East Sixth, LLC, and WC 9005 Mountain Ridge, LLC (the "**Delaware Affiliated Debtors**," and collectively with Secured Lender and Ladder, "**Movants**")—on February 18, 2020 [Docket No. 51] (the "**Joint Motion**"), pursuant to which Movants seek an order transferring venue of the Delaware Affiliated Debtors' eight pending chapter 11 bankruptcy cases, which were filed on February 3, 2020 in the United States Bankruptcy Court for the District of Delaware (collectively, the "**Delaware Cases**")[1] to the United States Bankruptcy Court for the Western District of Texas (the "**Austin Bankruptcy Court**"). The Joint Motion was filed at least in part in response to orders entered by this Court directing the parties to appear on March 11, 2020 and show cause why the Delaware Cases should not be transferred to the Western District of Texas [Docket No. 46]. A hearing on the Joint Motion was held on February 19, 2020.

After considering the Joint Motion and the arguments of counsel at the Hearing; and it appearing that due and proper notice of the Joint Motion and the Hearing has been provided under the circumstances; and it further appearing that good cause exists for the entry of an order granting the relief set forth herein; it is hereby:

**ORDERED** that the Joint Motion is granted as set forth herein; and it is further

**ORDERED** that the Delaware Cases are transferred to the Austin Bankruptcy Court; and it is further

**ORDERED** that any objections to the transfer shall be filed by **February 26, 2020 at 5:00 p.m. (CT)**. If an objection is timely filed, it will be heard on **March 11, 2020 at 1:00 p.m. (CT)**.

###

---

[1] The Delaware Cases, and the Debtors in those cases (collectively, the "**Delaware Affiliated Debtors**"), are: WC Hirshfeld Moore, LLC (20-10247-JTD); WC 103 East Fifth, LLC (20-10248-JTD); WC 320 Congress, LLC (20-10249-JTD); WC 422 Congress, LLC (20-10250-JTD); WC 805-809 East Sixth, LLC (20-10251-JTD); WC 901 East Cesar Chavez, LLC (20-10252-JTD); WC 1212 East Sixth, LLC (20-10253-JTD); and WC 9005 Mountain Ridge, LLC (20-10254-JTD).